**EDWARD A. KUNNES (SBN 160632)**
**FIDELITY NATIONAL LAW GROUP**
100 North Wiget Lane, Suite 150
Walnut Creek, CA 94598
Telephone: (925) 930-9550
Facsimile: (925) 930-9588

Attorney for Fidelity National Title Company

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT KINANN, an individual; AILEEN KINANN, an individual, | CASE NO.  CV-10-02608 BZ |
| Plaintiffs, | [~~PROPOSED~~] JUDGMENT |
| vs. | Date: October 27, 2010<br>Time: 9:00 a.m.<br>Courtroom: 3 |
| CENTEX HOME EQUITY COMPANY, a Business Entity, form unknown; ALL FUND MORTGAGE, a Business entity, form unknown; FIDELITY NATIONAL TITLE COMPANY, a Business Entity, form unknown; and DOES 1 through 50, inclusive, | |
| Defendants. | |

Defendant Fidelity National Title Company's motion to dismiss the Complaint has been granted without leave to amend. Judgment is accordingly entered in favor of defendant Fidelity National Title Company and against plaintiffs.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: November 4, 2010

PHYLLIS J. HAMILTON
United States District Judge

*Judge Phyllis J. Hamilton*

- 1 -