UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT KINANN, et al.,

    Plaintiffs,

    v.

CENTEX HOME EQUITY COMPANY, et al.,

    Defendants.
_____/

No. C 10-2608 PJH

**ORDER**

    On March 25, 2011, the court issued an order granting defendant Centex Home Equity's motion to dismiss plaintiffs' complaint. The dismissal order granted plaintiff leave to amend his complaint with respect to certain of the claims challenged therein.

    The court hereby clarifies that any such amended complaint shall be due no later than thirty days from the date of the hearing, **April 15, 2011**.

**IT IS SO ORDERED.**

Dated: April 11, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge